Petition for Writ of Mandamus Denied and Memorandum Opinion filed May
25, 2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed May 25, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00411-CV

____________

 

IN RE DEBRAH ANN BRISCO, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On May 8, 2006, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator asked this
court to compel the Honorable Lisa Millard, presiding judge of the 310th
District Court of Harris County, to vacate a judgment nunc
pro tunc entered on February 21, 2006.

Relator has not established that she is
entitled to mandamus relief because she has an adequate remedy at law in the
form of an appeal.  See Tex. R. App. P. 4.3(b).  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed May 25, 2006.

Panel consists of
Justices Hudson, Fowler, and Seymore.